IN THE SUPREME COURT
STATE OF NORTH DAKOTA

2024 ND 192

In the Interest of A.J.E., a child

| | |
|---|---|
| Grand Forks County Human Service Zone, | Petitioner and Appellee |
| v. | |
| A.J.E., Child; C.B., Father; | Respondents and Appellees |
| and | |
| J.E., Mother, | Respondent and Appellant |

No. 20240245

Appeal from the Juvenile Court of Grand Forks County, Northeast Central Judicial District, the Honorable Kristi P. Venhuizen, Judge.

AFFIRMED.

Per Curiam.

Carmell F. Mattison, Assistant State's Attorney, and Madison M. Schoenberg, under the Rule on Limited Practice of Law by Law Students, Grand Forks, ND, for petitioner and appellee; on brief.

Samuel A. Gereszek, Grand Forks, ND, for respondent and appellant; on brief.

**Per Curiam.**

[¶1]   J.E., the mother, appeals from a juvenile court judgment terminating her parental rights to A.J.E. She argues the juvenile court erred in finding the causes and conditions of the need for protection are likely to continue or will not be remedied.

[¶2]   We conclude the juvenile court's findings are not clearly erroneous and support a finding the need for protection would continue. *See In re A.B.*, 2017 ND 178, ¶ 12, 898 N.W.2d 676 ("We will not overturn a juvenile court's findings of fact in a termination proceeding unless the findings are clearly erroneous under N.D.R.Civ.P. 52(a)."); *see also In re J.C.*, 2024 ND 9, ¶ 22, 2 N.W.3d 228 (stating the decision whether to terminate parental rights is left to the court's discretion when the statutory requirements are met). We summarily affirm under N.D.R.App.P. 35.1(a)(2).

[¶3]   Jon J. Jensen, C.J.
       Daniel J. Crothers
       Lisa Fair McEvers
       Jerod E. Tufte
       Douglas A. Bahr